UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED W. PARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY SPADARO,<br><br>        Defendant. | Case No. 17-cv-01210-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On March 8, 2017, plaintiff, an inmate at the Martinez Detention Facility ("MDF") in Contra Costa County, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2018, the court referred the action to the Pro Se Prisoner Settlement Program for early settlement proceedings. On May 7, 2018, mail sent to plaintiff by the court was returned to the Clerk of the Court as undeliverable with a notation that plaintiff was not in custody ("NIC"). Dkt. No. 32. As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. The court has not received a notice from plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 7/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge