UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED W. PARKER,<br>　　　　　Plaintiff,<br>　　v.<br>DEPUTY SPADARO,<br>　　　　　Defendant. | Case No. 17-cv-01210-HSG (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/17/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge