United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED W. PARKER,<br>　　　　　Plaintiff,<br>　　v.<br>DEPUTY SPADARO,<br>　　　　　Defendant. | Case No. 17-cv-01210-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On March 8, 2017, plaintiff, at the time an inmate at the Martinez Detention Facility in Contra Costa County, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Prisoner Settlement Program for early settlement proceedings. On May 7, 2018, mail sent to plaintiff by the court was returned to the Clerk of the Court as undeliverable with a notation that plaintiff was not in custody ("NIC"). Dkt. No. 32. On July 17, 2018, the Court dismissed the action without prejudice pursuant to Northern District Local Rule 3-11 for plaintiff's failure to notify the Court of his current address. Dkt. No. 35.

On August 2, 2018, plaintiff filed a motion to reopen the action and a notice of change of address, informing the Court that he has been released from custody. Dkt. No. 37. On August 29, 208, the Court reopened the action and reinstated the referral to the Pro Se Prisoner Settlement Program. Dkt. No. 38. On September 4, 2018, Magistrate Judge Illman, who oversees the settlement program, set a September 11, 2018 date for purposes of scheduling the settlement conference. Dkt. No. 39. The September 11, 2018 minute entry indicates that plaintiff did not appear at the conference. Dkt. No. 40. The matter was set over to September 25, 2018 to allow plaintiff one further opportunity to participate. *See id.* The September 25, 2018 minute entry indicates that plaintiff again did not appear. Dkt. No. 41. The action was returned to the undersigned. *See id.*

On September 28, 2018, the Court ordered plaintiff to show cause why the action should not be dismissed for failure to prosecute and/or failure to comply with a court order. Plaintiff was directed to file a written response no later than October 30, 2018 explaining every reason why he did not attend the settlement conference. The Court warned plaintiff that failure to file a response by the deadline would result in the dismissal of this action.

Plaintiff's deadline has passed, and plaintiff has not filed a response to the order to show cause or otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Any motion to reopen must include an explanation for why plaintiff did not attend the settlement conference.

The Clerk shall enter judgment and close the file. The Clerk shall also send a copy of this order to Magistrate Judge Illman.

**IT IS SO ORDERED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge