UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALFRED W. PARKER, | Case No. 17-cv-01210-HSG (PR) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPUTY SPADARO, | |
| Defendant. | |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge